UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:18-CR-673-3 |
| | § | |
| SAUL ATKINSON | § | |

## ORDER

The Court hereby authorizes Defendant Saul Atkinson to travel to Austin, Texas on Friday, December 21, 2018, until Monday, December 24, 2018. Mr. Atkinson is ordered to check in with Rafael Garcia, United States Probation Officer, before leaving Brownsville, Texas and also upon his arrival back into Brownsville, Texas.

SIGNED this 11th day of December, 2018.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge