UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

DEC 1 4 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| VS. | § CRIMINAL NO. B-18-673-03 |
| Saul Atkinson | § |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, __Saul Atkinson__, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this __14th__ day of __December__, 20__18__.

_____
Defendant

_____
Attorney for Defendant

__Paul Marin__
Assistant United States Attorney