United States District Court
Southern District of Texas
**ENTERED**
March 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:18-CR-673-01, 02, 03, 04 |
| | § | |
| MARCO PESQUERA | § | |
| NORMA LINDA VEGA | § | |
| SAUL ATKINSON | § | |
| GWENDOLYN SALDIVAR | § | |

## ORDER

The Court has considered U.S. Probation's request for extension of time to complete the Presentence Investigation Report. Counsel for each party has indicated no opposition to the request. Accordingly, the Court grants the request and it is ORDERED that:

1) The investigation report and preparation of the pre-sentence report is to be completed by **April 29, 2019**.

2) Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **May 13, 2019**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3) After further investigation the pre–sentence officer shall submit a final report by **May 28, 2019**.

4) This case is set for sentencing hearing on **June 18, 2019** at **08:30 a.m**.

SIGNED this 19th day of March, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge