United States District Court
Southern District of Texas
**ENTERED**
April 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:18-CR-673-01, 02, 03, 04 |
| | § | |
| MARCO PESQUERA | § | |
| NORMA LINDA VEGA | § | |
| SAUL ATKINSON | § | |
| GWENDOLYN SALDIVAR | § | |

### ORDER

The Court, having considered Defendant Gwendolyn Saldivar's Amended Motion to Reschedule Sentencing Hearing (Doc. No. 120) in the above numbered cause, grants the motion.

**IT IS ORDERED** that this case be continued and set for sentencing hearing on **June 20, 2019** at **8:30 a.m.**

SIGNED this 10th day of April, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge