UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                             Case Number: 1:18−cr−00673

Saul Atkinson

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:**  7/11/2019

**TIME:**  10:30 AM

**TYPE OF PROCEEDING:** Status Conference


Date:   June 28, 2019

David J. Bradley, Clerk