United States District Court
Southern District of Texas
**ENTERED**
July 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:18-CR-673-3 |
| | § | |
| SAUL ATKINSON | § | |

## ORDER

Having considered the Unopposed Motion for Continuance (Doc. 172) filed by Defendant, Saul Atkinson, the Court is of the opinion that the Motion for Continuance should be and is **GRANTED**.

IT IS ORDERED that this case be continued for sentencing from July 25, 2019, to **September 10, 2019 at 8:30 a.m**.

SIGNED this 24th day of July, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1